# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

   v.

**WILLIAM HARRIS**

## WAIVER OF PRELIMINARY
## EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-67M**

I, **WILLIAM HARRIS**, charged in a complaint pending in this District with

**KNOWINGLY POSSESS A FIREARM WHILE BEING A CONVICTED FELON**, in violation

of Title **18**, U.S.C., **922(G)(1) and 924(a)(2)**, and having appeared before this Court and been

advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have

a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.



_____
                    *Defendant*

_____
                    *Counsel for Defendant*

*April 2, 2008*

FILED

APR 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE