

REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-58 |
| | ) | |
| WILLIAM HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 26, 2008, in the State and District of Delaware, WILLIAM HARRIS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is a Valor Corporation .25 caliber semi-automatic handgun, serial number 11938, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of each respective offense, including but not limited to the following:

1. Valor Corporation.25 caliber semi-automatic handgun, serial number 11938 and,

2. Six (6) round of ammunition.

A TRUE BILL:

_____

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph Grubb
Special Assistant United States Attorney
Dated: April 10, 2008