## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 58 |
| | ) |
| WILLIAM HARRIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF PRIOR CONVICTIONS
### FOR SENTENCE ENHANCEMENT
### UNDER 18 U.S.C. §924(e) OF
### COUNT I OF THE INDICTMENT

NOW COMES Colm F. Connolly, United States Attorney, and Joseph S. Grubb, Special Assistant United States Attorney and respectfully hereby provides notice to Defendant William Harris, because of the defendant's below-stated prior convictions for violent felonies as defined in 18 U.S.C. §924(e), the Defendant faces the following enhanced penalties on Possession of a Firearm by a Convicted Felon, 18 U.S.C. §§922(g)(1) and 924(e), as charged in Count I of the Indictment in the above case- a maximum of life imprisonment, with a minimum term of at least fifteen (15) years imprisonment for which the Court shall not suspend the sentence or grant a probationary sentence, five (5) years of supervised release, a maximum of a $250,000 fine, and a $100 special assessment.



FILED
APR 11 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

1

The above-mentioned prior convictions for a violent felony are:

1. Robbery Second Degree and Possession of a Deadly Weapon During the Commission of a Felony (crimes occurring on or about December 13, 1999) in the Superior Court of the State of Delaware on or about July 19, 2001 (no contest plea) guilty plea and on or about November 2, 2001 (sentencing) in Criminal Action Numbers IN99121819 and IN99121820

2. Aggravated Menacing (crime occurring on or about March 13, 1998) in the Superior Court of the State of Delaware Court of the State of Delaware on or about May 5, 1998 (guilty plea and sentencing) in Criminal Action Number IN98031947;

3. Robbery First Degree (crime occurring on or about September 7, 1995) in the Superior Court of the State of Delaware on or about April 10, 1996 (guilty plea and sentencing) in Criminal Action Number IN95100854;

4. Robbery Second Degree (crime occurring between on or about August 20 and 26, 1995) in the Superior Court of the State of Delaware on or about April 10, 1996 (guilty plea and sentencing) in Criminal Action Number PN95100855; and

5. Assault Second Degree (crime occurring on or about March 31, 1986) in the Superior Court of the State of Delaware Court of the State of Delaware on or about July 23, 1986 (guilty plea) and September 26, 1986 (sentencing) in Criminal Action Number PN86040444.

Respectfully submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By  _____
Joseph Grubb
Special Assistant United States Attorney

Date: April 10, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08- |
| WILLIAM HARRIS, | : |
| Defendant. | : |

## **AFFIDAVIT OF SERVICE**

I, **MAUREEN R. DAVIS**, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **April 11, 2008, NOTICE OF PRIOR CONVICTIONS FOR SENTENCE ENHANCEMENT OF COUNT II OF THE INDICTMENT,** was served via, United States Mail, First Class, upon the following:

**Luis A. Ortiz, Esquire**
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010
ecf_de@msn.com

                                              Maureen R. Davis
                                              Legal Assistant