UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-58-SLR |
| | : | |
| WILLIAM HARRIS, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT HARRIS' MOTION TO SUPPRESS
PHYSICAL EVIDENCE AND INCULPATORY STATEMENTS**

AND NOW comes the defendant, William Harris, by his attorney, Luis A. Ortiz, of the Federal Public Defender's Office, and pursuant to the Fourth and Fifth Amendments of the United States Constitution, files this Motion to Suppress Physical Evidence and Inculpatory Statements.

1. By indictment filed April 10, 2008, defendant William Harris was charged with One Count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

2. On April 17, 2008, defendant Harris entered a plea of not guilty.

3. Defense counsel has received from the government a copy of a Wilmington Police report generated following defendant's arrest on March 26, 2008.

4. Without stipulating to accuracy, the police report alleges as follows:

   a. that Wilmington Police observed defendant and two companions in a vacant lot at 901 North Pine Street, in the City of Wilmington;

   b. that police exited their vehicle and approached the three men;

   c. that police saw defendant bend down and place an object underneath a

    cinderblock;

  d. that police ordered the three men to separate and keep their hands visible; and

  e. that police looked under the cinderblock and found a Valor Corporation .25 caliber semi-automatic handgun.

5. On March 27, 2008, Deputy United States Marshal, Steven P. Parrott, submitted an affidavit in support of the criminal complaint which initiated this federal prosecution.

6. Without stipulating to accuracy, the affidavit alleges as follows:

  a. that defendant was Mirandized while in police custody;

  b. that Marshal Parrott questioned the defendant; and

  c. that defendant made a statement admitting possession of the gun.

7. Defendant moves to suppress the gun on the ground that it was secured as the result of a warrantless search and seizure, in violation of the Fourth Amendment.

8. Defendant moves to suppress the inculpatory statement on the ground he did not knowingly and voluntarily waive his Fifth Amendment <u>Miranda</u> rights.

9. When a search is conducted without a warrant, the burden is on the government to prove the applicability of an exception to the Fourth Amendment warrant requirement. <u>Vale v. Louisiana</u>, 399 U.S. 30, 34, 90 S.Ct. 1969, 1972 (1970); <u>United States v. Herrold</u>, 962 F.2d 1131, 1137 (3d Cir. 1992).

10. When the government seeks to introduce an inculpatory statement taken while defendant was in police custody, the prosecution has the burden of proving that the defendant knowingly, voluntarily and intelligently waived his Fifth Amendment <u>Miranda</u> rights. <u>Colorado v. Connelly</u>, 479 U.S. 157, 168, 107 S.Ct. 515, 522 (1986).

**WHEREFORE,** it is respectfully requested that an evidentiary hearing be scheduled, and that Defendant Harris' Motion to Suppress Physical Evidence and Inculpatory Statements be GRANTED.

Respectfully submitted,

 */s/ Luis A. Ortiz*
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant William Harris

Date:   April 30, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-58-SLR |
| | : | |
| WILLIAM HARRIS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER OF COURT**

AND NOW this _____ day of _____, 2008, upon consideration of Defendant Harris' Motion to Suppress Physical Evidence and Inculpatory Statements it is hereby ordered that the motion is GRANTED, and that the following physical evidence is hereby ordered SUPPRESSED. In addition, it is further ordered that all statements made by defendant to police on March 26, 2008, are hereby SUPPRESSED.

By the Court,

_____
Honorable Sue L. Robinson