IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-058-SLR |
| WILLIAM HARRIS, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 14th day of May, 2008, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Monday, June 23, 2008** at **10:00 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge