IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-58-SLR |
| WILLIAM HARRIS, | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING

The Defendant, William Harris, by and through his counsel, Luis A. Ortiz, Esquire, hereby moves the Court for an Order continuing the evidentiary hearing in this case.

In support of the motion, the defense submits as follows:

1. An evidentiary hearing in this matter is scheduled for June 23, 2008 at 10:00 a.m.

2. The government and defense counsel are attempting to negotiate a non-trial disposition of this matter and need additional time to complete these negotiations. Should the Defendant accept this offer, an evidentiary hearing will not be needed.

3. The Defendant respectfully requests that the evidentiary hearing in this matter be continued for at least thirty days to allow him adequate time to consider any offer proposed by the government.

4. Assistant United States Joseph Grubb, does not oppose the Defendant's request for a continuance.

5.  The Defendant agrees to waive, pursuant to the Speedy Trial Act, any time between June 23, 2008 and the rescheduled date for the hearing.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the Defendant, William Harris, respectfully requests that the evidentiary hearing in this case be continued to any time after June 23, 2008.

Respectfully Submitted,

 /s/ Luis A. Ortiz
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Counsel for Defendant William Harris

Dated: June 12, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-48-SLR |
| | : | |
| WILLAIM HARRIS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In response to Defendant's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Mr. Harris' evidentiary hearing be re-scheduled for the 11th day of August, 2008, at 9:00 a.m., and that the time from June 23, 2008 up to the day of the re-scheduled evidentiary hearing shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

HONORABLE SUE L. ROBINSON
United States District Court