IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :     Criminal Action No. 08-58-SLR |
| WILLAIM HARRIS, | : |
| Defendant. | : |

### ORDER

In response to Defendant's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this ___13th___ day of ___June___, 2008, that Mr. Harris' evidentiary hearing be re-scheduled for the 11th day of August, 2008, at 9:00 a.m., and that the time from June 23, 2008 up to the day of the re-scheduled evidentiary hearing shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
HONORABLE SUE L. ROBINSON
United States District Court