IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-CR-00058-SLR |
| WILLIAM HARRIS, | : |
| Defendant. | : |

## UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Joseph S. Grubb, Special Assistant United States Attorney for the District of Delaware, hereby moves to continue the evidentiary hearing in this matter. The grounds for this Motion are as follows:

1. The Court has scheduled an evidentiary hearing for August 11, 2008 at 9:00 a.m.

2. A necessary witness Cpl. Steven Parrott of the Wilmington Police Department will be unavailable from August 11 to August 22, 2008 due to pre-planned vacation. Therefore, the Government requests that the hearing be rescheduled.

3. Counsel for the defendant does not oppose this request, but relays that he will be unavailable from August 29 to September 5, 2008.

4. Furthermore, the Government's other necessary witness, Cpl. Thomas Esterling of the Wilmington Police Department, will be unavailable from August 18 to September 1, 2008 also out of the state on pre-planned vacation.

WHEREFORE, the United States respectfully requests that the Court continue the evidentiary hearing. A proposed form of order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph S. Grubb
Special Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 276
Wilmington, Delaware 19899
(302) 573-6277 x157

Dated: July 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-CR-00058-SLR |
| WILLIAM HARRIS, | : |
| Defendant. | : |

### ORDER

WHEREAS, An evidentiary hearing in this matter is scheduled for August 11, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this ____ day of _____, 2008, that the evidentiary hearing in this matter scheduled for August 11, 2008 is continued until _____ at _____.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE SUE L. ROBINSON
DISTRICT JUDGE