IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-CR-00058-SLR |
| WILLIAM HARRIS, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, An evidentiary hearing in this matter is scheduled for August 11, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this 17th day of July, 2008, that the evidentiary hearing in this matter scheduled for August 11, 2008 is continued until September 19, 2008 at 1:10 p.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE SUE L. ROBINSON
DISTRICT JUDGE